**Order entered September 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

**TODD PRUETT, Appellant**

**V.**

**MARK STOLZ, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

We **DENY** appellant's September 13, 2013 motion requesting the Court to stop posting documents and information on our website.


/s/     DAVID LEWIS
             JUSTICE